984

■ In the Matter of WILLIAM CLARK, Respondent, v CITY OF NIAGARA FALLS, Appellant. [608 NYS2d 132] —Judgment unanimously affirmed without costs. Same Memorandum as in *Matter of Brooks v City of Niagara Falls* (199 AD2d 981 [decided herewith]). (Appeal from Judgment of Supreme Court, Niagara County, Rath, Jr., J.—Article 78.) Present—Denman, P. J., Pine, Lawton, Doerr and Boehm, JJ.

■ JOHN J. SIMMONS et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 76545.) [608 NYS2d 923] —Judgment unanimously affirmed with costs for reasons stated in decision at Court of Claims, Hanifin, J. (Appeal from Judgment of Court of Claims, Hanifin, J.—Trespass.) Present—Denman, P. J., Pine, Lawton, Doerr and Boehm, JJ.